**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| INTERNATIONAL UNION OF OPERATING ENGINEERS OF EASTERN PENNSYLVANIA AND DELAWARE BENEFIT PENSION FUND, et. al. | : : : : | NO. 19-cv-4378 |
| | : | |
| *Plaintiffs*, | : | |
| v. | : | |
| | : | |
| R & M MASONRY CONTRACTORS, INC. | : | |
| | : | |
| *Defendant*. | : | |
| | : | |

**VOLUNTARY DISMISSAL**

Plaintiffs hereby move for voluntary dismissal without prejudice pursuant to Federal Rule

of Civil Procedure 41(a)(1)(a)(i).

CLEARY, JOSEM & TRIGIANI, LLP

BY: /s/ Jeremy E. Meyer_____
      JEREMY E. MEYER, ESQUIRE
      Constitution Place
      325 Chestnut Street, Suite 200
      Philadelphia, PA 19106
      (215) 735-9099

Dated: October 24, 2019